1908.) In the matter of Edward J. Dunphy, as executor, etc., of Katharine D. Callahan, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DUNPHY. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Edward J. Dunphy. No opinion. Motion granted, with $10 costs. Order filed.

In re DURAND et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the settlement of the accounts of J. Ewing Durand and another as executors, etc. No opinion. Decree of Surrogate's Court affirmed, with costs. See 107 N. Y. Supp. 393.

EAST HAMPTON LUMBER & COAL CO., Limited, Respondent, v. STIMSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by the East Hampton Lumber & Coal Company, Limited, against Julia M. Stimson. No opinion. Judgment affirmed, with costs.

EDWARDS, Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DIST. NO. 4, TOWN OF ORANGETOWN, ROCKLAND COUNTY, et al., Appellants. (Action No. 1.) (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by William S. Edwards against the board of education, Union free school district No. 4, town of Orangetown, Rockland county, and others.
PER CURIAM. Judgment affirmed, with costs.
HOOKER, J., dissents.

In re ELLISON. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the accounting of F. T. Ellison, as administrator of George W. Ellison, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

ELMER, Respondent, v. VAN RENSSELAER et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Herbert C. Elmer against Leland D. Van Rensselaer and another. No opinion. Judgment unanimously affirmed, with costs.

ENGEL v. SONTAG. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Aaron Engel against Herman Sontag. No opinion. Motion denied, with $10 costs. Order signed.

ENSLEY, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Nellie I. Ensley against the Interborough Rapid Transit Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re ESSIG'S WILL. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) In the matter of the probate of the last will and testament of Frances Anna Essig, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, without costs.

FAHRENWALD, Appellant, v. FAHRENWALD, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Herman Fahrenwald against Bridget Fahrenwald. C. Weishaupt, for appellant. B. Aaronson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAIRBANKS, Appellant, v. AMERICAN RY. TRAFFIC CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Edwin T. Fairbanks, an infant, etc., by Harriet A. Fairbanks, his guardian ad litem, against the American Railway Traffic Company. No opinion. Judgment and order unanimously affirmed, with costs.

FALVO, Respondent, v. CITY OF UTICA et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Pietro Falvo against the city of Utica and others. No opinion. Interlocutory judgment affirmed, with one bill of costs, with leave to defendants to answer upon payment of the costs of the demurrer and of this appeal.

FARMERS' LOAN & TRUST CO., Respondent, v. SHAW et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by the Farmers' Loan & Trust Company, as executor and trustee, etc., against John W. A. Shaw and others, impleaded. J. F. Horan, for appellants. A. C. Cowan, for respondent. No opinion. Judgment affirmed, with costs. on opinion of Bischoff, J. (107 N. Y. Supp. 337), at Special Term. Order filed.

FAUDINGTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Emma Faudington, as administratrix, etc., of James A. Faudington, deceased, against the Erie Railroad Company.
PER CURIAM. Without passing upon the merits of the case until the facts, and especially the nature and parts of the frog and switch, shall be sufficiently shown by oral evidence, or by a suitable drawing or model, the judgment and order are reversed, and a new trial ordered, costs to abide the event, for the reason that upon the present evidence the case is not intelligible.
HOOKER, J., concurs in result.

FEIGENBAUM, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Abraham Feigenbaum against Samuel Cohen and another. No opinion. Judgment and order unanimously affirmed, with costs.